**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ANDREA BRUEGGEMAN, on behalf of herself and all others similarly situated, § § § | |
| Plaintiff, § § | Case No. 1:17-cv-02457-JG |
| v. § § | |
| TRANSWORLD SYSTEMS, INC., § § | |
| Defendant. § | |

**DEFENDANT, TRANSWORLD SYSTEMS, INC.'S,
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, Transworld Systems, Inc. ("TSI"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Transworld Systems, Inc. is a wholly owned subsidiary of Aston Acquisition Corp.

Respectfully Submitted,

/s/ R. Glenn Knirsch
R. Glenn Knirsch (OH Bar # 0080770)

>Sessions, Fishman, Nathan & Israel, LLC
>2647 Eaton Road
>University Heights, OH 44118
>Telephone: (216) 331-1308
>Facsimile: (216) 220-4937
>E-mail: rgknirsch@sessions.legal
>
>*Attorney for Defendant,*
>*Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Ohio and served via CM/ECF upon the following:

>Lori M. Griffin
>Chastity L. Christy
>Anthony J. Lazzaro
>The Lazzaro Law Firm, LLC
>920 Rockefeller Building
>614 W. Superior Avenue
>Cleveland, OH 44113
>Telephone: 216-696-5000
>Facsimile: 216-696-7005
>lori@lazzarolawfirm.com
>chastity@lazzarolawfirm.com
>anthony@lazzarolawfirm.com

>/s/ R. Glenn Knirsch
>R. Glenn Knirsch
>*Attorney for Defendant*