## JOINT STIPULATION
## OF SETTLEMENT AND RELEASE

*Brueggeman v. Transworld Systems Inc.*

This Collective Action Joint Stipulation of Settlement and Release ("Agreement") is made this _____ day of _____, 2018 by and between Andrea Brueggeman ("Named Plaintiff"), on her own behalf and on behalf of the putative collective action members she purports to represent, and their respective agents, representatives, assignees, heirs, executors, beneficiaries and trustees and Transworld Systems Inc. ("TSI") on behalf of itself, its parents, divisions, subsidiaries, predecessors, successors and affiliates, and its and their directors, officers, members, fiduciaries, insurers, employees, attorneys and agents (referred to as the "Company") (the Company and Named Plaintiff are collectively referred to herein as the "Parties").  By this Agreement, the Parties intend to fully, finally, and forever resolve, discharge, and settle the "Released Claims" (as defined below), upon and subject to the terms and conditions contained herein.

### WITNESSETH:

**WHEREAS**, the Parties agree upon the following predicate procedural history and facts:

**A.**     On November 22, 2017, Brueggeman commenced a putative collective action and Fed. R. Civ. P. 23 class action lawsuit in the United States District Court for the Northern District of Ohio, Eastern Division (the "Court") captioned *Brueggeman v. Transworld Systems Inc.,* Civil Action No. 17-cv-02457-JG (the "Collective Action").  In the Collective Action, Named Plaintiff asserted claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (FLSA), arising out of the Company's alleged failure to properly factor commissions and bonuses into collectors' regular rates of pay for the purpose of calculating overtime pay. Plaintiff also asserted a claim under the Ohio Minimum Fair Wage Standards Act (OMFWSA) R.C. 4111.03.

**B.**     Through her counsel, The Lazzaro Law Firm, LLC, (proposed "Collective Action Counsel"), Named Plaintiff purports to bring the claims asserted in the Collective Action pursuant to 29 U.S.C. § 216(b) on behalf of herself and other current and former non-exempt collectors who worked for the Company.

**C.**     An additional five (5) persons filed consents to join the Collective Action as additional plaintiffs (the "Original Opt-In Members").  The five (5) Original Opt-In Members are: Lesley Montgomery, Sajid Qazi, Kiwanda Tindal, Rebecca Tunila and Deanna Dawkins Mathis.

**D.**     The Company denies that it has committed any wrongdoing or violated any state or federal law pertaining to the payment of wages or hours of work and has defended the claims asserted in the Collective Action.

**E.**     Named Plaintiff acknowledges that there is a bona fide dispute as to whether she, or any putative collective action member, is due any additional overtime pay based on commissions or bonuses received.  This Settlement represents a compromise of disputed claims.

**F.**     The Parties participated in numerous telephone conferences and extensive arms-

*Brueggeman v. Transworld Systems, Inc.*
Joint Stipulation of Settlement and Release *Page 2 of 8*

length and good faith settlement discussions spanning many weeks.  On February 22, 2018, during settlement negotiations, the Parties reached a final settlement.  The Agreement memorializes the settlement reached between the Parties.

**G.**      Collective Action Counsel represents that they have conducted a thorough investigation into the facts of this Collective Action, and have diligently pursued an investigation of Plaintiff's claims against Defendant, including researching the applicable law and the potential defenses.  Based on their own independent investigation and evaluation, as well as TSI's financial condition and defenses, Collective Action Counsel is of the opinion that the Settlement is fair, adequate and reasonable and is in the best interest of the Collective Action Members in light of all known facts and circumstances, including the risk of significant delay and Defendant's defenses.  Defendant agrees that the Settlement is fair, adequate and reasonable.

**H.**      Pursuant to this Agreement, the Parties desire and intend to settle and resolve the "Released Claims" (as defined in ¶ 11 below) as to the Company on a collective action basis, subject to Court approval to enter the settlement memorialized in this Agreement.

**I.**      Pursuant to this Agreement, the Parties desire to dismiss the Fed. R. Civ. P. 23 aspects of the Collective Action and intend to seek certification of the Collective Action under 29 U.S.C. § 216(b), composed of all current and former TSI non-exempt collectors and team leads who worked in the United States at any time during the period from and including January 1, 2015 through and including December 31, 2017 (the "Settlement Period"), who the Parties have determined may be owed $20 or more in gross wages (the "Collective Action Members") allegedly owed by TSI.

**J.**      There are a total **596** Collective Action Members, inclusive of Representative Plaintiff, Original Opt-In Members.

**K.**      The Released Period for the Collective Action Members shall mean the period between January 1, 2015 through the date the District Court enters final approval.

**L.**      To ensure that the settlement is in the best interest of the Named Plaintiff, Original Opt-In Members and the Collective Action Members, the Company provided Collective Action Counsel electronically stored payroll data detailing each putative collective action member's work hours, rate of pay, commissions, bonuses, overtime formulas and overtime calculations. Such information was reviewed, checked, and approved by Collective Action Counsel.

**M.**      To facilitate the settlement, and to help ensure that every Collective Action Member shall participate, every Collective Action Member shall be sent via USPS first class mail a Settlement Agreement & Release of Claims (the "Release") along with a settlement check.  The reverse side of the settlement check will include a pre-printed endorsement confirming the Collective Action Member's agreement to the terms of the Release and dismissal of all wage claims asserted in this Collective Action against TSI (all as discussed in ¶ 10 below).

**N.**      Pursuant to a Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, the Parties intend to seek Court approval (the "Approval Order") of the settlement of the Collective Action as set forth in this Agreement and to seek an entry of an order of final dismissal from the Court dismissing with prejudice the claims of all Opt-In Members (as defined

in ¶ 3 below) ("Final Dismissal Order"), all as set forth herein.  The date on which the Approval Order is entered is defined as the "Approval Date."

> **O.**    The Parties and their respective counsel agree to undertake all steps necessary to effectuate the terms and purposes of this Agreement, to secure the Court's approval of same, and to oppose any objections to the proposed settlement.

> **NOW, THEREFORE**, in consideration of the foregoing premises and the mutual promises hereinafter set forth, the Parties agree as follows:

1.    **No Admission of Liability.** The Company expressly denies any wrongdoing or any violation of state or federal law as alleged in the Collective Action.  Nothing contained in this Agreement shall be construed as an admission of any liability by any Party, and all Parties agree not to offer this Agreement as evidence or otherwise use it in any judicial or administrative proceeding, except that this Agreement may be introduced in any proceeding for the sole purpose of enforcing its terms.

2.    **Approval of Settlement.**

   a)   The Parties and their counsel will execute and file a Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, seeking final approval of their proposed settlement, no later than March 8, 2018.

   b)   All terms of this Agreement are contingent upon the approval of the Court.

   c)   The Company does not waive, and instead expressly reserves, its right to challenge the propriety of any possible § 216(b) collective action certification for any purpose as if this Agreement had not been entered into by the Parties, or if the Court does not approve the settlement or this Agreement.

3.    **Settlement of Collective Action (Opt-In Members).**  The Collective Action Members shall include all current and former TSI non-exempt collectors and team leads who worked at any TSI call center in the United States during the Settlement Period and who the Parties have determined, based upon an analysis of TSI's payroll data, but without regard to the merits of any defenses asserted, could be owed $20 or more in gross wages during the Settlement Period.  The "Opt-In Members" shall be those Collective Action Members who timely endorse and cash his/her settlement check.   The Individual Payments were calculated by The Company and approved by the Named Plaintiff, and are based proportionally on the Named Plaintiff's, Original Opt-In Members', and each Collective Action Member's alleged unpaid wages during the Calculation Period.  Based upon TSI's poor financial condition and TSI's defenses, the least amount any Collective Action Member will receive is 40% of the potential unpaid gross wages due based upon TSI's alleged failure to factor properly commissions and bonuses into the regular rate of pay for overtime calculation purposes.  The Individual Payments are provided in Appendix 1.

*Brueggeman v. Transworld Systems, Inc.*
Joint Stipulation of Settlement and Release *Page 4 of 8*

4.   **Settlement Payment.**

   *a)*   The Company agrees to pay a total sum not to exceed seventy-six thousand eight hundred fifty-six dollars and seventy-four cents ($76,856.74) (the "Total Settlement Amount") in order to fully and finally resolve the wage claims asserted in this Collective Action in their entirety for all Opt-In Members, inclusive of all plaintiffs attorneys' fees and costs; interest; litigation costs; liquidated, punitive and multiple damages; and Named Plaintiffs and Original Opt-In Plaintiffs' premiums, if any.

   *b)*   Each Collective Action Member's Individual Payment will be treated as payment for wages, and the Company will issue to each Collective Action Member an IRS Form W-2 for all amounts paid as wages under this Settlement, except as provided in paragraph 6 hereinbelow.  The Company will determine the proper tax withholding amounts on the wage payments in accordance with each Collective Action Member's previously elected wage withholding instructions.  The Company will be responsible for standard state and federal taxes imposed on it by law as an employer because of payments made to Opt-In Members under this Agreement, but the Company shall not be responsible for any other taxes imposed by law on any Opt-In Members or any other sums in excess of the Total Settlement Amount.

   *c)*   The Net Settlement Amount shall be the Total Settlement Amount, less Collective Action Counsel's attorneys' fees and litigation costs.

   *d)*   Any portion of the Net Settlement Amount that is unclaimed by Collective Action Members shall revert to the Company.  Collective Action Members shall have 90 days from the settlement check date to cash the check.  Returned checks will be re-mailed if a forwarding address is identified for a Collective Action Member.

   *e)*   In addition to the Total Settlement Amount, the Company will also be responsible for the costs of a third-party administrator ("TPA") as set forth in ¶ 8 below.

5.   **Attorneys' Fees and Costs.**

   *a)*   Subject to Court approval, Collective Action Counsel will receive $20,000.00 in attorney's fees and $500.00 related litigation costs.  The Company will not object to this application.

   *b)*   The Company shall pay Collective Action Counsel the Court-approved attorney's fees and related litigation costs no sooner than 30 days after the entry of the Court's Final Dismissal Order.

6.   **Payments to the Named Plaintiff and Original Opt-In Members.**  As part of the Total Settlement Amount, and subject to Court approval, the Named Plaintiff shall receive $55.46 in wages (representing 100% of her maximum possible recovery for unpaid commission-factored overtime), a $200 service payment as a 1099-Misc., box 3, payment, and $600 in wages based upon her individual claim that she did not receive her 11/17/17 paycheck or her 12/15/17 commission check.  Each of the 5 Original Opt-In Members shall

receive the following: Lesley Montgomery - $214, Sajid Qazi - $50, Kiwanda Tindal - $50, Rebecca Tunila - $50 and Deanna Dawkins Mathis - $132 (each payment representing 200% of maximum possible recovery for unpaid wages, or $50, whichever is greater). One half of each Original Opt-In Member's payment represents a service payment portion, and the other half represents the settlement payment portion. Each portion will be issued in separate checks but mailed together. Service payments shall be reported to state and federal taxing authorities as non-wage income on IRS Form 1099, Box 3.

7. **Calculation of Each Collective Action Member's Settlement Amount.** Every Collective Action Member is eligible to receive and will be mailed a settlement check. There is no requirement that a Collective Action Member sign and return a consent form, because the endorsement of any settlement check proves the authorized release and opt-in to the Collective Action by any Collective Action Member. The settlement payment is calculated based upon the maximum possible wage recovery each Collective Action Member could have received during the Settlement Period at a 40% factor of the alleged gross wages owed. If, however, any Collective Action Member's maximum possible gross wages recovery is *less* than $50, the Collective Action Member shall be credited for settlement purposes only, an additional sum so that his/her gross wages recovery equals $50. At that point, the 40% factor is applied. For example, if a Collective Action Member was due $45, he is credited an additional $5 to equal a gross wage amount of $50; then, applying the 40% factor, the Member will receive the minimum of $20 (*i.e.*, $50 x 40% = $20). The net result is that every Collective Action Member will receive a minimum of $20, subject to applicable standard tax withholdings.

8. **Third Party Administrator (TPA).** The Company shall retain a mutually agreed upon TPA to oversee the administration of the settlement. While the Company shall issue the checks, the TPA will: verify addresses of Collective Action Members, verify the settlement check amount for each Collective Action Member, mail the approved Releases and settlement checks, re-mail to any forwarding address any Releases and settlement checks if returned to the TPA within 45 days of the settlement check date, confirm who participated in the settlement (the Opt-In Member class) following the 90-day acceptance period, and prepare the notarized statement for the Court listing each Opt-In Member.

9. **Notice and Payment to Collective Action Members.**

   a) The TPA, as expeditiously as possible, but not to exceed 28 days from entry of the Approval Order, shall mail the Releases and settlement checks to the Collective Action Members. Attached as Exhibit B1 is the Release Form and attached as Exhibit B1 is the check endorsement language specifically referencing the Release Form that will be pre-printed on the reverse side of each settlement check for use as part of the endorsement by Collective Action Members.

   b) Before sending the Releases and settlement checks, the TPA shall confirm and, if necessary, update the addresses for the Collective Action Members using USPS. This address updating process will produce the last known address for the Collective Action Members. After completing the address confirmation/updating process, the TPA shall send via first class U.S. mail a Release and settlement check to each Collective Action Member

*Brueggeman v. Transworld Systems, Inc.*
Joint Stipulation of Settlement and Release *Page 6 of 8*

at his or her last known valid address.  If any Release and settlement check mailer is returned with a forwarding address within 45 days of the settlement check date, the Release and settlement check will be re-mailed by the TPA to the new address.

c)  A cashed settlement check shall confirm that the Collective Action Member consents to become a party plaintiff in the Collective Action (Opt-In Member) and to settle and release all wage and overtime pay claims against the Company; and further, authorizes and instructs Collective Action Counsel to settle and release all wage and overtime pay claims, as alleged in the Collective Action, against the Company.

d)  Each Collective Action Member must cash the settlement check within 90 days from the settlement check date (the "Bar Date").  Upon the expiration of the 90-day Bar Date period, the TPA will prepare a notarized statement identifying all Opt-In Members, *i.e.*, Collective Action Members who have timely cashed settlement checks, and the TPA will transmit to Collective Action Counsel and TSI's counsel the notarized statement identifying all Opt-In Members.  Within 14 days thereafter, Collective Action Counsel shall file with the Court the notarized statement identifying all Opt-In Members.

10.  **Releases.**  Except as expressly limited below, by timely cashing a settlement check, each Opt-In Member shall be deemed to fully, forever, irrevocably and unconditionally release, remise, and discharge the Company from any and all suits, actions, causes of action, claims, or demands against the Company based on violations of federal or any state law pertaining to hours of work or payment of wages that were asserted in the Collective Action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, or  any state law*,* based on events that occurred or are alleged to have occurred  and formed the basis for Collective Action through the Released Period (the "Released Claims").  There is no limit to the scope of this release as to Named Plaintiffs and Original Opt-In Plaintiffs.  However, as to the Opt-In Plaintiffs, this release shall be effective only as to their non-Fed. R. Civ. P. 23 class claims.

11.  **Dismissal of Actions.**  Following approval of the settlement and this Agreement and upon further order of the Court, the Parties agree that this Collective Action shall be dismissed in its entirety, on the merits, as against the Company, with prejudice, and without costs to any party, except to the extent otherwise expressly provided in the Agreement. The dismissal of the Collective Action shall be with prejudice and without costs, waiving all rights of appeal, with the Court retaining jurisdiction over the case for purpose of ensuring compliance with the terms of this Agreement.  There shall be no limit to the scope of this dismissal as to the Named Plaintiff and Original Opt-In Plaintiffs.  However, as to the Opt-In Plaintiffs, the dismissal with prejudice shall be limited to all non-Fed. R. Civ. P. 23 class claims. Dismissal of the Opt-In Plaintiff's Fed. R. Civ. P. Rule 23 class claims shall be without prejudice. TSI reserves all rights and defenses with respect to any future claims by any putative Rule 23 class member whether brought individually or as part of a class action, or by any putative class member that does not join the settlement.

12.  **Complete Agreement.** Other than as stated herein, the Parties warrant that no representation, promise, or inducement has been offered or made to induce any Party to enter into this Agreement and that they are competent to execute this Agreement and accept full responsibility therefor.  This Agreement contains and constitutes the entire

*Brueggeman v. Transworld Systems, Inc.*
Joint Stipulation of Settlement and Release *Page 7 of 8*

understanding and agreement between the Parties and supersedes all previous oral and written negotiations, agreements, commitments, and writings in connection therewith. This Agreement may not be amended or modified except by a writing signed by authorized representatives of all Parties and approved by the Court.

13. **Knowing and Voluntary Agreement.** Named Plaintiff and Collective Action Counsel each agree that they are entering into a settlement and this Agreement knowingly, voluntarily, and with full knowledge of its significance. Named Plaintiff further affirms that she has not been coerced, threatened, or intimidated into signing this Agreement and that she has been advised by counsel.

14. **Notices.** Any notices issued pursuant to the terms of this Agreement shall be sent to the Parties at the addresses of their respective counsel as follows:

| | |
|---|---|
| Anthony J. Lazzaro, Esq. | Kevin G. Barreca, Esq. |
| Chastity L. Christy, Esq. | Justin H. Homes, Esq. |
| Lori M. Griffin, Esq. | **SESSIONS, FISHMAN, NATHAN & ISRAEL** |
| **THE LAZZARO LAW FIRM, LLC** | 3850 North Causeway Boulevard, Ste. 200 |
| 920 Rockefeller Building | Metairie, Louisiana 70002 |
| 614 W. Superior Avenue | Telephone: 504-828-3700 |
| Cleveland, OH 44113 | Facsimile: 504-828-3737 |
| T:  216-696-5000 | *Attorneys for Defendant,* |
| F:  216-696-7005 | *Transworld Systems Inc.* |
| *Collective Action Counsel* | |

15. **Severability.** If any part of this Agreement is found to be illegal, invalid, inoperative or unenforceable in law or equity, such finding shall not affect the validity of any other provisions of this Agreement, which shall be construed, reformed and enforced to effect the purposes thereof to the fullest extent permitted by law. If one or more of the provisions contained in the Agreement shall for any reason be held by a court of competent jurisdiction to be excessively broad in scope, subject matter or otherwise, so as to be unenforceable at law, the Parties agree that such provision(s) shall be construed to be limited or reduced so as to be enforceable to the maximum extent permitted under the applicable law.

16. **Joint Preparation.** This Agreement and the attached exhibits, as well as the exhibits attached to the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice shall be deemed to have been drafted jointly by the Parties and, in construing and interpreting this Agreement, no provision of this Agreement shall be construed or interpreted against any party because such provision, or this Agreement as a whole, was purportedly prepared or requested by such party.

17. **Counterparts.** This Agreement may be signed in multiple counterparts, and may be signed electronically via PDF, and the separate signature pages executed by the Parties and their counsel may be combined to create a document binding on all of the Parties and together shall constitute one and the same instrument. Electronic and facsimile transmissions of this Settlement shall be deemed originals.

*Brueggeman v. Transworld Systems, Inc.*
Joint Stipulation of Settlement and Release *Page 8 of 8*

18.  **Governing Law.**  This Agreement shall be interpreted in accordance with Ohio law.

19.  **Jurisdiction**.  The parties will request that the District Court expressly retain jurisdiction to enforce the terms of the Settlement, including the notice administration and distribution process.

_____    _____
Andrea Brueggeman    Date


_____    _____
Anthony J. Lazzaro, Esq.    Date
Chastity L. Christy, Esq.
Lori M. Griffin, Esq.
THE LAZZARO LAW FIRM, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, OH 44113
T:  216-696-5000
F:  216-696-7005
Collective Action Counsel


TRANSWORLD SYSTEMS INC.


_____    _____
    Date

By:_____

Its:_____


_____    _____
Kevin G. Barreca, Esq.    Date
Justin H. Homes, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
3850 North Causeway Boulevard, Suite 200
Metairie, Louisiana 70002
Telephone: 504-828-3700
Facsimile: 504-828-3737
Attorneys for Defendant,
Transworld Systems Inc.

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Kyle Jeffrey | Adams | $37.73 |
| Latoya M | Adams | $20.00 |
| Rebecca | Adams | $20.00 |
| Gilbert M | Aguilar | $108.55 |
| George Kevin | Alden | $480.65 |
| Latico | Allen | $36.49 |
| Charnette J | Alvarenga | $385.40 |
| Geraldine De Jesus | Amaya | $34.56 |
| Martin | Andersen | $20.00 |
| Shaniece R | Anderson | $80.24 |
| Ikeasha | Andrews | $20.00 |
| Shamika | Arauz | $20.04 |
| Glenn | Aronow | $29.04 |
| Jasmine J | Ashley | $228.06 |
| Katie | Austin | $102.26 |
| Madison | Averesch | $20.00 |
| Osiris | Ayise | $20.00 |
| Rebecca A | Backus | $68.32 |
| Kevin John | Bagliere | $20.00 |
| Debra A | Bain | $82.32 |
| Ryan Damian | Baird | $30.10 |
| Zachary | Baker | $107.11 |
| Tracy A | Baldassari | $20.00 |
| Jamie | Baldwin | $44.62 |
| Rudolph Jackson | Baldwin | $24.51 |
| Hakeem | Ball | $20.00 |
| Rodney Derrick | Banks | $171.32 |
| Benjamin | Baran | $20.00 |
| Ulysses Alphonso | Barber | $26.93 |
| Rose | Bariekman | $57.97 |
| Cecelia | Barlow | $20.00 |
| Elisane | Barton | $1,029.92 |
| Jacquiese | Bates | $82.78 |
| Crystal | Batres | $39.18 |
| Kaylee M. | Battino | $20.00 |
| Robert Steadman | Battle | $20.00 |
| Judith | Bazemore | $56.98 |
| Roshetta Chanell | Bean | $39.47 |
| Kaitlyn | Beats | $20.00 |
| Alicia Nicole | Bebee | $308.93 |
| Cheryl A | Beckwith | $294.10 |
| Robert E | Bedford | $20.00 |
| Ryan | Bejin | $23.42 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| To'Nee D | Bell | $20.00 |
| Veronica | Benford | $185.34 |
| Nicole | Bennett | $20.00 |
| Tania K. | Bermudez | $20.00 |
| Wynette Felishia | Best | $20.00 |
| Robert Jermaine | Billups | $25.10 |
| Phaedra | Bing | $114.39 |
| Stephanie M | Black | $50.93 |
| Blythe W | Blackwell | $70.39 |
| Joshua J | Bloom | $170.62 |
| Mayra | Bolanos | $20.00 |
| Stephanie | Bonilla | $20.00 |
| Alison | Bowen | $20.00 |
| Melody La' Chris | Bowen | $20.00 |
| Sabrina Noelle | Boyer | $20.00 |
| Marcie | Bradley | $20.00 |
| Angelina Sue | Brannan | $185.01 |
| Robert Allen | Brannan | $21.19 |
| Emily M | Brewer | $23.17 |
| Donna J | Brocker | $44.04 |
| Antwan | Brown | $20.06 |
| Louis | Brown | $20.00 |
| Andrea | Brueggeman | $855.46 |
| Samantha | Burgess | $20.00 |
| Jasmine | Burley | $20.00 |
| Candace | Burnett | $24.85 |
| Kathryn | Burns | $374.71 |
| Meagan | Burton | $59.80 |
| Margaret A | Busch | $178.81 |
| Marion D. | Bussie | $25.33 |
| Michael Louis | Byers | $106.91 |
| Cedric | Campbell | $103.85 |
| Kierra | Campbell | $20.00 |
| Susan Lowell | Campbell | $20.00 |
| Melissa Dawn | Canter | $20.00 |
| Kyle | Cantrell | $21.77 |
| Lisa | Capocciama | $289.83 |
| Jaime K | Carpenter | $208.34 |
| Jonathan | Carrasquillo | $27.95 |
| Jerreline Groyon | Carroll | $20.19 |
| Dejau Charmel | Carter | $405.88 |
| Sheyna | Castelant | $61.20 |
| Mark D | Caswell | $20.00 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| **First Name** | **Last Name** | **Invd. Payment** |
|---|---|---|
| Latasha Denise | Caver | $40.50 |
| William | Cawthon | $179.05 |
| Omar M. | Ceesay | $20.00 |
| Eric | Celentano | $20.00 |
| Grace | Chappell | $42.57 |
| Anita Marrie | Chatarjee | $200.01 |
| Albert A | Cheek | $76.82 |
| Lawrencia | Chester | $20.00 |
| Michael A. | Christian | $67.25 |
| Cacinda Lea | Clark-Love | $146.08 |
| Annettee M. | Class | $51.95 |
| Tammy | Clayton | $20.00 |
| Alexis Marie | Clouser | $48.87 |
| William J | Cobb | $66.13 |
| Brandon D. | Cochran | $20.00 |
| Keith D. | Coker | $20.00 |
| Lynne | Cole | $20.00 |
| William C. | Coleman | $20.00 |
| Jamarr E. | Coles | $54.57 |
| Alejandro | Collazo | $20.00 |
| Jazmin | Collins | $20.00 |
| Loriel | Colon | $49.54 |
| Sophia | Combs | $20.00 |
| Cassandra | Coniglio | $61.89 |
| Lori | Connolly | $650.84 |
| Lisa | Conrad | $22.59 |
| Misty Dawn | Conrad | $20.00 |
| Shaleaha | Cooks | $20.00 |
| Patricia T. | Cookston | $20.00 |
| Beverly | Corbett | $43.83 |
| David Earl | Cormier | $281.64 |
| Elizabeth Josette | Corredor | $32.07 |
| Ettina C. | Cortez | $20.00 |
| Suzette Shenay | Cox | $33.19 |
| Bernadine | Crawford | $57.04 |
| Darenda J. | Crawford | $35.05 |
| Delores | Crawford | $58.91 |
| Rose | Crawford | $319.89 |
| Ronald Lee | Creekpaum | $25.94 |
| Joanna | Cregan | $227.07 |
| Dale T | Crenshaw | $97.70 |
| Simone M | Crittenden | $31.13 |
| Trisha | Crutchfield | $21.03 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Jacob | Cuevas | $164.19 |
| Jeffrey | Cyr | $20.00 |
| Thomas | Dallas | $45.65 |
| Victoria Anne | Dalrymple | $428.14 |
| Sadio | Damu | $69.12 |
| Blanca L | Dario | $108.29 |
| Shakevia | Dauden | $20.00 |
| Eric Jermain | Davis | $55.52 |
| Lamar L | Davis | $20.00 |
| Tiffany M. | Davis | $64.65 |
| Jacob Colton | Davison | $100.92 |
| Deana M | Dawkins-Mathis | $132.00 |
| Heath | Deel | $59.74 |
| Denise M | Denham | $324.86 |
| Brenda S | Devine | $20.00 |
| Donna | Devoe | $107.47 |
| Jesse | Doering | $43.24 |
| Shane Michael | Donlon | $40.86 |
| Marquese Dior | Drafton | $69.73 |
| Leo H. | Dugger | $49.62 |
| Christian D | Dunston | $176.13 |
| Amy | Dunstone | $50.33 |
| Tereza C | Egoavil | $175.04 |
| Raynita | Eiland | $21.40 |
| Martin Joseph | Faraldo | $34.32 |
| Tessa Marie | Fiscella | $39.79 |
| Kristopher | Flagler | $473.18 |
| Devon Dujuan | Fleming | $116.28 |
| Meontia | Fomby | $20.00 |
| Linda | Foraker | $20.00 |
| Daquan | Ford | $57.67 |
| Adam Dale | Forman | $20.00 |
| Travis James | Foy | $105.39 |
| Kenneth H | Fracchia | $37.61 |
| Maureen | Fracchia | $54.73 |
| Harry P | Franzoni | $22.02 |
| Andrew | Freeman | $20.00 |
| Jasmine | Freeman | $20.00 |
| James | Fudala | $46.29 |
| Camilo | Gabriel | $35.31 |
| Joseph | Gallagher | $21.72 |
| Maria A | Gara | $25.59 |
| Tammy L | Gardner | $44.07 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Ghais K | Garmo | $1,090.56 |
| Tyshanna Levette | Gaston | $222.85 |
| Marybeth K | Gery | $20.00 |
| Chassidy J | Gibson | $20.01 |
| Donisha | Gibson | $20.00 |
| Felisha Rae | Gibson | $20.00 |
| Victoria | Gibson | $67.25 |
| Luis Y. | Gil | $36.32 |
| Rachel | Gilbert | $20.00 |
| Karen R. | Gilliam | $118.30 |
| Garrett | Glenn | $54.05 |
| Maquita | Glover | $20.00 |
| Christina | Goforth | $23.53 |
| Lamont Anthony | Golds | $182.52 |
| Theresa A | Gonzalez | $548.00 |
| Patricia A | Goodwin | $20.00 |
| Ellen M | Graff | $20.00 |
| Brandi | Grammas | $28.92 |
| Paul | Green | $20.00 |
| Magen | Greer | $26.16 |
| Quentin | Griffin | $20.00 |
| Phyllis Jane | Griffiths | $112.75 |
| Samantha Rose | Grodem | $67.51 |
| Adam | Grubb | $20.00 |
| Michael | Gualano | $20.00 |
| Laurie A | Hamilton | $20.00 |
| Eric | Hanson | $52.44 |
| Andrew Thomas | Hardin | $107.78 |
| Alexandra | Harper | $20.79 |
| Ron A | Harr | $20.00 |
| Briana | Harris | $41.81 |
| Naomi | Harris | $20.00 |
| Sharif Hakim | Harris | $95.00 |
| Shayla Charell | Harris | $20.00 |
| Thelma L | Harris | $32.66 |
| Zachariah William | Harter | $145.26 |
| Sameir N | Hasan | $33.56 |
| Susan | Hasan | $893.71 |
| Jalisa | Haslip | $27.70 |
| Jasmine Shanice | Haslip | $70.27 |
| Jason | Hayes | $235.93 |
| Lyesha Vaique | Hedgeman | $33.79 |
| Debra L | Heenan | $20.23 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Peter Christopher | Heim | $93.26 |
| John M | Heinmiller | $23.69 |
| Kimberly Nicole | Hemphill | $54.67 |
| Temetra | Henderson | $146.07 |
| Anthony M | Henry | $250.30 |
| Donna | Henry | $20.00 |
| David | Hentz | $30.85 |
| Marielena | Hernandez | $40.74 |
| Brittney Ann | Herring | $48.28 |
| Brandi | Hickman | $20.00 |
| Charles | Hicks | $20.00 |
| Shai Nichole | Hill | $20.00 |
| Nicole | Hiltner | $26.98 |
| Amy L. | Hinde | $20.00 |
| Deborah | Hinkle | $20.00 |
| Timothy | Hinton | $31.07 |
| Kay | Hoang | $52.33 |
| Shawn G | Hobson | $485.45 |
| Christina M | Hodge | $326.37 |
| William | Hoffman | $20.00 |
| Randy | Holland | $27.68 |
| Nate L | Holman | $36.60 |
| Jonathan L. | Horn | $142.06 |
| Alisha | Howard | $20.00 |
| Christina Marie | Howard | $201.25 |
| Daniel | Howard | $197.39 |
| Silvia L. | Howard | $20.00 |
| Jordan | Howell | $30.15 |
| Jeremy B. | Huffman | $224.88 |
| Marla | Hughes | $20.00 |
| Tylor Mark | Hungerford | $217.11 |
| Katrina | Hunter | $50.65 |
| Randall James | Huot | $20.00 |
| Michael J | Hyman | $618.88 |
| Joshua | Iadonisi | $20.00 |
| Jeremy Scott | Ihrig | $20.00 |
| Yolanda | Ingram | $130.50 |
| Sindy | Ismael | $24.11 |
| Karavonte N. | Jackson | $42.13 |
| Latonda | Jackson | $20.00 |
| Laura | Jackson | $20.00 |
| Shywanda L. | Jackson | $20.00 |
| Matthew Alvin | James | $20.00 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Nathan | Jaynes | $20.00 |
| Alexis Danielle | Jefferson | $27.95 |
| Nicholas D | Jendrowski | $34.14 |
| Anastasia Ariana | Jenkins | $20.00 |
| William | Jenosheck | $20.00 |
| Amanda R | Johnson | $164.34 |
| Carrie A | Johnson | $155.40 |
| Farrell | Johnson | $20.00 |
| Isiah | Johnson | $20.00 |
| Jamall | Johnson | $20.00 |
| Kori Jo | Johnson | $20.00 |
| Tiffney | Johnson | $20.00 |
| Charlotte | Jones | $20.00 |
| Deysaun | Jones | $65.45 |
| Joyce Lynn | Jones | $37.19 |
| Kenneth | Jones | $94.00 |
| Marquese Tony | Jones | $20.00 |
| Michael | Jones | $20.60 |
| Khalia R | Jones-Zellars-Blakely | $253.46 |
| Maria Theresa | Jordan | $23.66 |
| Carol Ann | Jovic | $111.94 |
| Cynthia | Kavanaugh | $26.28 |
| Rose M | Kawczynski | $379.48 |
| Thomas M | Keefer | $124.52 |
| Morgan | Keese | $82.47 |
| Georjeana | Kelly | $20.00 |
| Georjeana | Kelly | $20.00 |
| Adrienne | Kemp | $603.10 |
| Craig | King | $209.76 |
| Steven Samuel | King | $118.17 |
| Joseph Erich | Klein | $20.00 |
| John D | Knaus | $160.70 |
| Glenda | Knight | $52.40 |
| Timishea | Knox | $20.00 |
| Mark | Koroni | $35.51 |
| Melissa | Krajewski | $20.00 |
| Candi | Krewson | $20.00 |
| Rebecca | Kulik | $20.00 |
| Destiny | LaBoy | $229.69 |
| Dominique | Laible | $62.30 |
| Thomas John | Lalka | $62.63 |
| Lakesha | Lambert | $74.29 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Irene V | Lancia | $180.78 |
| Patricia | Landers | $155.21 |
| Frank S | Lapinski | $44.49 |
| Tricia | Larmond | $120.68 |
| Susan J. | Lavasani | $231.11 |
| Marion | Lawson | $20.00 |
| Ryne | Leake | $47.13 |
| John | Lehigh | $38.07 |
| Christopher | Lenox | $43.92 |
| Karen Monique | Leslie | $20.00 |
| Kennette | Lewis | $25.84 |
| Jason Y | Lickstein | $20.69 |
| William | Liddell | $32.52 |
| Ashley | Light | $20.00 |
| Angelina Edith | Lignoski | $20.00 |
| Kim Ann | Likus | $20.00 |
| Terri | Lindsay | $20.00 |
| Lori Marie | Lipka | $20.00 |
| Brooklyne | Little | $20.00 |
| Tojuanda L. | Lomax | $85.94 |
| Deborah L | Lopez | $20.00 |
| Sherdava | Lopez-Sandoval | $20.00 |
| Cherelle | Lovato | $20.00 |
| Alexandria | Love | $58.10 |
| Jamyical | Lowe | $20.00 |
| Maria Guadalupe | Lozano | $63.04 |
| Brenda | Mack | $66.45 |
| Maurice E | Madden | $20.00 |
| Michael J | Mahony | $2,306.42 |
| Donald Charles | Manes | $21.99 |
| Jorgen Juell | Mangor | $286.43 |
| Frederick | Mann | $788.47 |
| Cheryl | Manners | $20.00 |
| Shauntavia | Manuel | $269.90 |
| Azsha | Martin | $20.00 |
| Kevin Matthew | Martin | $20.00 |
| Kerinsa | Mata | $20.19 |
| Robert C | Mattucci | $61.24 |
| Dericka | McCallum | $157.29 |
| Lanny | McCarl | $25.53 |
| Michael Daniel | McCloud | $40.87 |
| Cindi L | McCoid | $50.49 |
| Carla A. | McCoy | $173.59 |

*Brueggeman v. Transworld Systems, Inc.*

**Appendix 1**

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Matthew | McGinley | $20.00 |
| Charles John | McLaughlin | $20.00 |
| Gregory Alan | McLaughlin | $20.00 |
| Jacqueline | McLean | $20.00 |
| Shineacqua Cathy | McNair | $20.00 |
| Juanita | McNear | $1,283.56 |
| Darryl | McNeary | $20.00 |
| Jesse | McNew | $520.45 |
| Jesse | McNew | $100.80 |
| Candace C. | Meade | $178.41 |
| Ronald | Meltzer | $55.85 |
| Debbie Mary | Mendoza | $27.27 |
| Jenna Rose | Meriwether | $408.02 |
| Samantha | Millard | $28.15 |
| Heather L | Miller | $20.00 |
| Tamika L. | Miller | $22.81 |
| Michael Jay | Mincarelli | $90.46 |
| Mara | Mitchell | $20.00 |
| Shannon Ann | Monk | $28.20 |
| Tiegan | Monteleone | $45.59 |
| Emilia | Montez | $20.00 |
| Lesley Fay | Montgomery | $214.00 |
| Kevin Lamar | Moore | $478.52 |
| Laura Lynn | Moore | $68.94 |
| Ralphalito Malachi | Moore | $89.95 |
| Samantha Delores | Moore | $490.52 |
| Heather M | Morgan | $56.76 |
| Joshua Allen | Morgan | $20.00 |
| Kathy Ann | Morin | $21.80 |
| Robin A. | Morris | $163.10 |
| Shon D | Morris | $42.01 |
| William D | Morton | $49.06 |
| Kimberly | Moxley | $50.45 |
| Lori Ann | Mullins | $33.62 |
| Judy | Munn | $40.83 |
| Annmarie | Murphy | $82.42 |
| Cynthia Marie | Murphy | $20.00 |
| Melissa | Mushat | $20.00 |
| Michael J | Myers | $46.64 |
| Alexis | Neidl | $20.00 |
| Shelisha | Nelson | $20.00 |
| Abdoulaye | Niamou | $20.00 |
| Nicole A | Nicholls | $132.05 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| **First Name** | **Last Name** | **Invd. Payment** |
|---|---|---|
| Peter | Nuth | $72.37 |
| Alexander | Obara | $51.96 |
| Cassie Marie | Odell | $20.00 |
| Linet | Oketch | $21.37 |
| Tchalla Shamia | Olbert | $20.00 |
| Melissa | Orihood | $20.00 |
| Christopher J | Orndorff | $20.00 |
| Donald F | Orr | $71.91 |
| Alex G | Ortega | $166.69 |
| Juan | Ortiz | $20.00 |
| Keishaliz | Ortiz | $20.00 |
| Lizzy | Ortiz | $49.25 |
| Jessica Marie | Osborne | $71.24 |
| Brandon Keith | Ostrowski | $38.79 |
| Maria | Owens | $20.00 |
| Baltazar | Pantoja | $20.00 |
| Heidi Lea | Panzer | $20.00 |
| Tina Marie | Parker | $41.68 |
| Scott E | Pease | $734.64 |
| Melody | Perrymond | $20.58 |
| Destiny Lauren | Pesono | $39.90 |
| Dominique Vogue Delysia | Peters | $51.94 |
| Ralph | Polk Jr | $26.84 |
| Marisa | Poole | $27.69 |
| Lisa Ann | Portillo | $31.28 |
| Wilma Yvonne | Posey | $20.00 |
| Amanda | Potter | $30.22 |
| Cedric L | Powell | $26.73 |
| Shron Sade | Pratt | $329.92 |
| Dionte | Preston | $32.11 |
| Shirley A | Puchala | $255.71 |
| Mia C. | Pullins | $20.00 |
| Sajid J. | Qazi | $50.00 |
| Marc Ronald | Racine | $39.38 |
| Jane Ann | Rader | $20.00 |
| Ivan M | Rankin | $132.04 |
| Amanda M. | Ratcliffe | $516.27 |
| Amparo H | Rayman | $40.25 |
| Julie Eleanor | Rayner | $20.00 |
| Brandi Kalita | Reaves | $22.72 |
| ToniMarie | Reed | $40.32 |
| Dwight D | Reeves | $29.77 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Delores D | Reid-Terry | $243.16 |
| Denise D | Reidy | $28.36 |
| Rachel K. | Richards | $46.96 |
| Sharise L. | Ricker-Moriarity | $26.96 |
| Renee Elizabeth | Rinard | $20.00 |
| Christina | Rinehart | $48.09 |
| Randy | Ring | $20.00 |
| Ashley R | Rister | $47.24 |
| Sherri | Rister | $239.57 |
| Eviann Linnette | Rivera | $66.95 |
| Johanna | Rivera | $179.85 |
| Mikira Pernessha | Roberts | $34.33 |
| Brittanny Renee | Robinson | $20.00 |
| Lorraine | Robinson | $198.36 |
| Edward M | Rodriguez | $126.34 |
| Maria Elena | Rodriguez | $38.72 |
| Jamie | Rogers | $20.00 |
| Tasheka | Rogers | $25.48 |
| Paula | Romanowski | $30.67 |
| Michael | Roper | $45.31 |
| Daniel | Rosa | $20.00 |
| Steven | Rose | $20.00 |
| Megan | Roux | $20.00 |
| Vernon Darryle | Rowell | $54.20 |
| Oligeovana | Ruiz | $20.00 |
| Stephanie | Rupe | $20.00 |
| Nicosia J. | Russell | $29.63 |
| Nancy A. | Rypinski | $20.00 |
| Mohamed | Said-Mohamed | $587.43 |
| Bonnie Perry | Salassi | $57.37 |
| Angela | Sampson | $69.86 |
| Jill L. | Sampson | $20.00 |
| Charlene | Samuel | $76.72 |
| Chantrea | Sar | $20.00 |
| Tiffany | Saunders | $20.00 |
| Kevin William | Savage | $25.40 |
| Rebecca | Schiffhauer | $21.17 |
| Steven | Schupp | $146.39 |
| Ann-Marie | Scott | $28.71 |
| Corey Martin | Scott | $132.21 |
| Marlo T. | Scott | $63.26 |
| Tyler | Scott | $44.82 |
| Lamesha V. | Seats | $20.00 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Russell | Sebert | $20.00 |
| Patrick T | Seidel | $75.04 |
| Sarah | Semanski | $20.00 |
| Naville | Serrano | $20.00 |
| Thomas J | Sexton | $617.53 |
| Sadaisha | Shannon | $31.93 |
| Angela Salina | Sharkey | $550.49 |
| Shannan | Sharkey | $54.63 |
| Eric J | Shaw | $86.65 |
| Gregory | Sheinman | $336.05 |
| Lonnie A | Shepard | $21.84 |
| Marci | Shepard | $72.06 |
| Mary Ann | Shreve | $37.55 |
| Alexander | Simpson | $53.46 |
| Alexis | Sims | $37.90 |
| Juanita | Singer | $20.00 |
| Juanita | Singer | $132.99 |
| Patrice Nicole | Singleton | $40.99 |
| Sue E | Sloan | $20.40 |
| Terence Lamont | Sloan | $26.19 |
| Jeanne D | Sluder | $89.39 |
| Chandra | Smith | $20.00 |
| Darleen Monica | Smith | $41.25 |
| Kersteina | Smith | $20.00 |
| Kevin A. | Smith | $55.62 |
| Mycah Douglas | Smith | $124.09 |
| Stephanie L. | Sorenson Williams | $33.30 |
| Katie | Sorg | $20.00 |
| Tanisha | Sowards | $26.63 |
| Brian D | Speert | $783.53 |
| Tina M | Spicer | $807.58 |
| Rhonda M. | Stallings | $20.00 |
| Mayelin | Stanton | $20.00 |
| Frank H | Steere | $31.45 |
| Toni M | Sterling | $35.76 |
| Shirley | Stillwell | $23.68 |
| Terri J. | Stone | $20.00 |
| Emily Rose | Strider | $33.44 |
| Erin | Stroman | $40.36 |
| Tasha Janelle | Strong | $107.82 |
| Elizabeth M | Strunk | $20.00 |
| Brenda L | Sullivan | $56.75 |
| Ann | Sylvan | $130.60 |

*Brueggeman v. Transworld Systems, Inc.*

### Appendix 1

| First Name | Last Name | Invd. Payment |
|------------|-----------|---------------|
| Antuan Alford | Taylor | $183.88 |
| Cathy J. | Taylor | $20.00 |
| Rodney Allen | Taylor | $34.03 |
| Kyle | Tefft | $43.26 |
| Angela | Tench | $20.00 |
| Marc J | Thomas | $156.45 |
| Nicole | Thomas | $27.84 |
| Clarissa N. | Thomas-Quinerly | $46.86 |
| Amanda Leigh | Thompson | $119.52 |
| Kevin | Thompson | $23.31 |
| Shemon | Thompson | $20.00 |
| Kiwanda Yvette | Tindal | $50.00 |
| Terry L | Toles | $370.10 |
| Kaisson Steaven | Tompkins | $20.00 |
| Michelle A | Tompkins | $33.91 |
| Cheryl V | Torkelson | $102.37 |
| Porsche | Toure | $20.00 |
| Deborah | Townsend | $20.00 |
| Lauren | Trim | $20.00 |
| Carla Kay | Triplett | $257.51 |
| Jennifer L. | Trzeciak | $678.68 |
| Rebecca | Tunila | $50.00 |
| Rachel | Turner | $20.00 |
| Charlotte | Turney | $67.05 |
| Eugenia | Twyman | $20.00 |
| Dana | Ulett-Hylton | $20.00 |
| Kimberly | Underhill | $20.00 |
| David Craig | Uttley | $347.20 |
| Shiela Rivera | Valencia | $30.75 |
| Jeremy | Valles | $20.00 |
| Samantha F. | Varn-Ibarra | $27.56 |
| Patricia E | Veach | $49.61 |
| Jamie Judith | Velazquez | $20.00 |
| Bertha | Ventura | $20.92 |
| John G | Viola | $20.00 |
| Sharon | Violette | $146.91 |
| Debra R | Visceglia | $124.21 |
| Theresa | Vitagliano | $81.73 |
| Kristina M. | Wallace | $377.30 |
| Steven | Waller | $31.00 |
| Dencita E | Walrond | $31.93 |
| Nancy J | Warner | $20.00 |
| Esther Mae | Washington | $20.00 |

*Brueggeman v. Transworld Systems, Inc.*

## Appendix 1

| First Name | Last Name | Invd. Payment |
|---|---|---|
| Alison A. | Watkins | $26.18 |
| Arthur E | Weaver | $398.38 |
| Anthony Adam | Weber | $20.00 |
| Tara | Weber | $28.19 |
| Peggy | Weese | $28.27 |
| Robert A. | Weinstein | $20.00 |
| David | White | $193.97 |
| Molly Ann | White | $35.96 |
| Renee | White | $34.61 |
| Ronald E | White | $181.49 |
| Deborah M | Whitehead | $82.71 |
| Jillaine Blake | Wiborg | $21.38 |
| Michael | Widmer | $20.00 |
| Holly | Wilcox | $20.00 |
| Shaquontae G | Wilkerson | $20.00 |
| Jasmyne | Wilkins | $20.00 |
| Aaron C | Williams | $61.90 |
| Cristi | Williams | $20.00 |
| Donna Lorraine | Williams | $20.00 |
| Jessica Shante | Williams | $137.57 |
| Kimyatta | Williams | $67.03 |
| Lakena Shenea | Williams | $20.00 |
| Paul | Williams | $20.00 |
| Jessica | Willoh-Johnson | $20.00 |
| Leah D. | Wills | $45.77 |
| Selesa | Wilson | $134.06 |
| Coreen | Wisdomgreen | $43.24 |
| Celeste | Wise | $64.12 |
| Michael B. | Wiseman | $456.76 |
| Steven | Wisniewski | $43.14 |
| Zharonique R | Witt | $50.57 |
| Michael | Wockey | $20.00 |
| Jasmine | Wofford | $59.54 |
| Melissa D | Wolfe | $186.76 |
| Dustin M. | Woodside | $62.61 |
| Patti | Wooliver | $190.15 |
| Racquel | Young | $20.00 |
| Shakisha | Young | $20.00 |
| Tracey L. | Young | $30.87 |
| Eric D | Younger | $28.28 |
| Christopher James | Zakrzewski | $55.96 |